UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JAN 24 2014
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES | ) | |
| v. | ) | No. 14-mj-1026 |
| MARIO _____ (LAST NAME UNKNOWN) | ) | |
| A/K/A EL PRIMO | ) | |

ORDER ON MOTION TO SEAL

The government's request that the warrant in this matter be maintained under seal pending execution, and that the complaint be maintained under seal pending further order of the Court is **GRANTED** as the matter pertains to an ongoing investigation which would likely be jeopardized by public disclosure.

ENTER:

_____
Juliet Griffin
United States Magistrate Judge