UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 14-mj-1026 |
| | ) | JUDGE GRIFFIN |
| Mario (Last Name Unknown) | ) | |
| a/k/a El Primo | ) | |

## MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT

The United States moves this Court to unseal the Complaint and accompanying affidavit in this matter on the grounds that the defendant has now been arrested.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

BY: /s/ Clay T. Lee
Clay T. Lee
Assistant U. S. Attorney
United States Courthouse
110 9th Avenue, South, Suite A-961
Nashville, TN 37203-3870
Phone: 615/736-5151

GRANTED